UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA ROTOR,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SIGNATURE CONSULTANTS, LLC., A FLORIDA LIMITED LIABILITY COMPANY, et al.,<br><br>　　　　　Defendants. | Case No. 18-cv-07526-WHO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Jon S. Tigar for consideration of whether the case is related to *Rotor v. Signature Consultants, LLC*, Case no. 18-cv-7520-JST.

**IT IS SO ORDERED.**

Dated: April 8, 2019



WILLIAM H. ORRICK
United States District Judge