UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA ROTOR, | Case No. 18-cv-07520-JST |
| Plaintiff, | **ORDER APPROVING REQUEST TO APPEAR BY TELEPHONE** |
| v. | Re: ECF No. 29 |
| SIGNATURE CONSULTANTS, LLC, et al., | |
| Defendants. | |
| TANYA ROTOR, | Case No. 18-cv-07526-JST |
| Plaintiff, | |
| v. | Re: ECF No. 26 |
| SIGNATURE CONSULTANTS, LLC, et al., | |
| Defendants. | |

The Court hereby GRANTS Plaintiff's and Defendants' request to appear by telephone at the conference scheduled for May 8, 2019 at 2:00 p.m. Not less than twenty-four hours before the conference, counsel shall contact the courtroom deputy at 415-522-2036 or jstcrd@cand.uscourts.gov to provide a single direct dial number at which all counsel appearing telephonically can be reached for the conference.

**IT IS SO ORDERED.**

Dated: May 2, 2019

_____
JON S. TIGAR
United States District Judge